IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAUL LOUTZENHISER,　　　　　　　　　　No. C-11-2925 TEH (PR)

　　　　　Plaintiff,　　　　　ORDER

　　v.

R. GROUNDS, et al.,

　　　　　Defendants.
　　　　　　　　　　　　　　　　　/

　　　　Plaintiff, a prisoner presently housed at the Correctional Training Facility ("CTF-Soledad") in Soledad, California, filed a pro se civil rights action under 42 U.S.C. § 1983, and the Americans with Disabilities Act of 1990, 42 U.S.C. § 12101 et seq. ("ADA"). Plaintiff has filed an amendment to his complaint. Doc. #8. A review of the second amended complaint reveals that it contains the same factual allegations as his initial complaint, but adds as defendants the California Department of Corrections and Rehabilitation ("CDCR") and CTF-Soledad Medical. There appears to be no other substantive changes.

　　　　Accordingly, the Clerk shall docket plaintiff's amendment

to the complaint as "First Amended Complaint."  Doc. #8.  The Court further finds that, liberally construed, plaintiff's allegations appear to state a cognizable 42 U.S.C. § 1983 claim of deliberate indifference to plaintiff's serious medical needs with respect to defendants D. Bright and L. Fox, and a cognizable ADA claim against defendants CDCR and CTF-Soledad Medical.

The Clerk shall issue summons and the United States Marshal shall serve, without prepayment of fees, copies of the first amended complaint in this matter and all attachments thereto and copies of this order on all defendants.  The Clerk shall also serve a copy of this order on plaintiff.

To expedite the resolution of this case, the Court vacates the deadlines set in February 8, 2012 Order of Service and sets the following briefing schedule:

    a.   No later than ninety (90) days from the date of this order, defendants shall file a motion for summary judgment or other dispositive motion.

    b.   Plaintiff's opposition to the dispositive motion shall be filed with the court and served upon defendants no later than thirty (30) days after defendants serve plaintiff with the motion.

    d.   Defendants shall file a reply brief within fifteen (15) days of the date on which plaintiff serves them with the opposition.

    e.   The motion shall be deemed submitted as of the date the reply brief is due.  No hearing will be held on the motion

2

unless the court so orders at a later date.

IT IS SO ORDERED.

DATED  *04/03/2012*                 _____
                                    **THELTON E. HENDERSON**
                                    **United States District Judge**

`G:\PRO-SE\TEH\CR.11\Loutzenhiser-11-2925-FAC.wpd`

3