UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| PAUL D. LOUTZENHISER, | No. 3:11- CV-2925 TEH   (NJV) |
| Plaintiff, | ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| v. | |
| R. GROUNDS, et al., | |
| Defendants. | |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of PAUL D. LOUTZENHISER, inmate no. P97763, presently in custody at the Correctional Training Facility, Soledad, California, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: January 5, 2015

_____
NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:   Warden, Correctional Training Facility

### GREETINGS

WE COMMAND that you have and produce the body of PAUL D. LOUTZENHISER, inmate no. P97763, in your custody in the hereinabove-mentioned institution, before the United States District Court at Solano State Prison, on February 11, 2015, at 11:00 a.m., in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of Loutzenhizer v. Grounds,

**United States District Court**
For the Northern District of California

1  et al, and at the termination of said hearing return him forthwith to said hereinabove-mentioned
2  institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the
3  custody of said prisoner, and further to produce said prisoner at all times necessary until the termination
4  of the proceedings for which his testimony is required in this Court;

5  Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court
6  for the Northern District of California.

8  Dated:  January 5, 2015

9                                        RICHARD WIEKING
                                      CLERK, UNITED STATES DISTRICT COURT

                                      By: Linn Van Meter
                                           Administrative Law Clerk

15  Dated: January 5, 2015                             _____
                                                   NANDOR J. VADAS
                                                   United States Magistrate Judge



2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| PAUL D. LOUTZENHISER, | No. 3:3:11- CV-2925 TEH (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| R. GROUNDS, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that on January 5, 2015, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Paul D. Loutzenhiser
#P-97763
Correctional Training Facility-Central
P.O. Box 689, G Wing-235Low
Soledad, CA 93960-0689

Litigation Coordinator
Correctional Training Facility
PO Box 686
Soledad, CA  93960-0686

(by fax also)

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

3