IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL LOUTZENHISER, | No. C-11-2925 TEH (PR) |
| Plaintiff, | ORDER GRANTING DEFENDANTS' MOTION TO VACATE SETTLEMENT PROCEEDINGS |
| v. | |
| R. GROUNDS, et al., | Doc. no. 61 |
| Defendants. | |

Plaintiff, an inmate at the Correctional Training Facility in Soledad, California (CTF), filed a pro se civil rights action under 42 U.S.C. § 1983, and the Americans with Disabilities Act of 1990, 42 U.S.C. § 12101 et seq. (ADA). On September 17, 2014, the Court entered an order granting in part and denying in part defendants' motion for summary judgment. The Court found the remaining claims suitable for referral to settlement proceedings before Magistrate Judge Nandor Vadas. A settlement conference currently is set for February 11, 2015. Before the Court is defendants' request that the Court vacate the settlement conference and permit them to file a second motion for summary judgment based on an expanded factual record. After considering the moving papers and all other matters presented to the Court, defendants' motion to vacate the settlement conference is hereby GRANTED.

In order to expedite the resolution of this case, the Court orders as follows:

    a.  No later than sixty (60) days from the date this order is filed, defendants shall file a second motion for summary judgment.  The second motion for summary judgment also must be accompanied by a <u>Rand</u> notice so that plaintiff will have fair, timely and adequate notice of what is required of him in order to oppose the motion.  <u>Woods v. Carey</u>, 684 F.3d 934, 939 (9th Cir. 2012) (notice requirement set out in <u>Rand v. Rowland</u>, 154 F.3d 952 (9th Cir. 1998), must be served concurrently with motion for summary judgment).

    b.  Plaintiff's opposition to the summary judgment motion, if any, shall be filed with the Court and served upon defendants no later than twenty-eight (28) days from the date the motion is filed.

    c.  Defendants shall file a reply brief no later than fourteen (14) days after the date the opposition is filed.

    d.  The motion shall be deemed submitted as of the date the reply brief is due.  No hearing will be held on the motion unless the Court so orders at a later date.

<u>The Clerk is directed to serve Magistrate Judge Vadas with a copy of this order.</u>

This order terminates docket number 61.

IT IS SO ORDERED.

DATED    <u>01/20/2015</u>

*[signature]*

THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\CR.11\Loutzenhiser-11-2925-vacateNVreferral.wpd