United States District Court

For the Northern District of California

1

2

3

4

5                       UNITED STATES DISTRICT COURT

6                       NORTHERN DISTRICT OF CALIFORNIA

7                             EUREKA DIVISION

8

9   PAUL D. LOUTZENHISER,                    No. 3:11- CV-2925 TEH   (NJV)

10           Plaintiff,                      ORDER VACATING
                                             STATUS CONFERENCE
11       v.                                  AND WRIT OF HABEAS CORPUS
                                             AD TESTIFICANDUM
12   R. GROUNDS, et al.,

13           Defendants.
     _____/

14

15          On January 21, 2015, Senior District Judge Henderson entered an order granting Defendants'

16  motion to vacate the settlement conference previously scheduled for February 11, 2015.  (Doc. 64.)

17  Accordingly, the writ of habeas corpus ad testificandum issued for the presence of Plaintiff at the

18  settlement conference is HEREBY VACATED.  Plaintiff shall NOT be transported.

19          The status conference previously set for February 3, 2015, is also VACATED.

20  IT IS SO ORDERED.

21

22  Dated:  January 23, 2015

23                                           _____

24                                           NANDOR J. VADAS
                                             United States Magistrate Judge
25

26

27

28

1

2

3                    UNITED STATES DISTRICT COURT

4                   NORTHERN DISTRICT OF CALIFORNIA

5                          EUREKA DIVISION

6

7  PAUL D. LOUTZENHISER,                    No. 3:3:11- CV-2925 TEH (NJV)

8            Plaintiff,

9       v.                                  CERTIFICATE OF SERVICE

10  R. GROUNDS, et al.,

11           Defendants.

12  _____/

13

14       I, the undersigned, hereby certify that on January 23, 2015, I SERVED a true and correct copy

    of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below,

15  by depositing said envelope in the U.S. Mail.

16

17

18  Paul D. Loutzenhiser
    #P-97763
19  Correctional Training Facility-Central
    P.O. Box 689, G Wing-235Low
20  Soledad, CA 93960-0689

21
    Litigation Coordinator
22  Correctional Training Facility
    PO Box 686
23  Soledad, CA  93960-0686

24

25

26

27              /s/ Linn Van Meter

28              _____
                     Linn Van Meter
                 Administrative Law Clerk to
                 the Honorable Nandor J. Vadas

United States District Court
For the Northern District of California